**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 170 MM 2020

Respondent    :

v.    :

ADRIEN JACKIE ROBINSON,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Charles Hobbs, Esquire, is ORDERED to file a Petition for Allowance of Appeal within 15 days.